**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:07-CV-461-MR-DCK**

| | |
|---|---|
| **TAMMY BRYANT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **ABILENE MOTOR EXPRESS, INC., and** ) | |
| **MEDCOST BENEFIT SERVICES, LLC,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. Although the docket in this matter reflects no activity since a "Certification And Joint Rule 26(f) Report Of Initial Attorneys' Conference" (Document No. 17) was filed on February 4, 2008, counsel for the parties have reported to Court staff that productive settlement discussions have been held and may be near completion. The undersigned commends the parties for their efforts to resolve their dispute. Nevertheless, significant time has passed, and the parties must either finalize a settlement or prepare to swiftly comply with a Pretrial Order and Case Management Plan.

**IT IS, THEREFORE, ORDERED** that the parties shall file a joint notice of dismissal of this lawsuit on or before **September 24, 2008**. If the parties are unable to file such a notice, the undersigned will hold a telephonic initial pretrial conference on **September 25, 2008 at 3:00 PM**, and immediately thereafter issue a Pretrial Order and Case Management Plan.

**SO ORDERED**.

Signed: September 10, 2008

David C. Keesler
United States Magistrate Judge